# UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.
**05 10996 WGY**

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

RECEIPT #
AMOUNT $ 250.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M.P.
DATE 5/13/05

MAGISTRATE JUDGE ____

## COMPLAINT

### FACTS

1. Jose Famania is an adult male individual currently residing at 75B Second Street in Framingham, Massachusetts, 01702.

2. Gilberto Famania is an adult male individual currently residing at 75B Beaver Park Road in Framingham, Massachusetts, 01702.

3. Myrna Famania is an adult female individual currently residing at 32 Pine Street in Framingham, Massachusetts, 01702.

4. Idalia Alers an adult female individual currently residing at 109A Beaver Terrace Circle in Framingham, Massachusetts, 01702.

5. Whitney Place at Natick, Inc. (hereinafter known as "Whitney Place") is an assisted living campus with more than one hundred (100) employees whose principal place of business is located at One Lyman Street, Westborough, Massachusetts,

       01581 and is incorporated in the Commonwealth of Massachusetts in 1994. Its registered agent is Daniel J. Salmon, Jr. who is located at One Lyman Street, Westborough, Massachusetts, 01581.

6. Plaintiff Jose Famania is Hispanic, a national of Puerto Rico and is fluent in Spanish; he speaks minimal to little English.

7. Plaintiff Gilberto Famania is Hispanic, a national of Puerto Rico and is fluent in Spanish and English.

8. Plaintiff Myrna Famania is Hispanic, a national of Puerto Rico and is fluent in Spanish; she speaks minimal to some English.

9. Plaintiff Idalia Alers is Hispanic, a national of Puerto Rico and is fluent in Spanish; she speaks minimal to no English.

10. Plaintiff Jose Famania is a former employee of Whitney Place in the Housekeeping department with a date of hire of April 26, 2000.

11. Plaintiff Gilberto Famania is a former employee of Whitney Place.

12. Plaintiff Myrna Famania is a current employee at Whitney Place who began her employment on or about September 29, 1997 in the Housekeeping department.

13. Plaintiff Idalia Alers is a current employee at Whitney Place.

14. On or about April 5, 2002, one or more of the Plaintiffs contacted the Equal Employment Opportunity Commission (hereinafter "E.E.O.C.") and the Massachusetts Commission Against Discrimination to file a claim.

15. Plaintiffs alleged that they had been discriminated on the basis of their national origin, specifically that they were Hispanic and Spanish-speaking. Plaintiffs allege that they were not permitted to speak Spanish in their workplace at all times. Plaintiff also alleged disparate treatment in that other ethnic minorities were permitted to speak in their native languages in the workplace.

16. The E.E.O.C. investigated the allegations by issuing formal charges, issuing discovery requests, scheduling a visit and interviewing staff.

17. Whitney Place provided the E.E.O.C. with a copy of its English Language Rule which states as follows:

    "An essential function of the job of all employees working in areas accessible to residents and families is that they must speak English as a courtesy to our residents. The Company considers this rule a necessary service of our business. Employees working with residents or residents guests who speak a language other than English may, with the resident's and/or guest's permission communicate with them in a language other than English. Violations of this rule may lead to disciplinary action, up to and including termination."

18. Said "English Language Rule" is present in the Employee Handbook given to each Whitney Place employee at the commencement of their employment.

19. Said Employee Handbook is only written in the English Language.

20. As a result of their investigation, the E.E.O.C. determined that there was no disparate treatment.

21. However, the E.E.O.C. did determine that Whitney Place did and continues to apply their English Language Requirement at all times against the Plaintiffs and those others similarly situated and that the English Language Requirement was not limited to specific time periods or the areas specified by Whitney Place's English Language Requirement which is a violation of Title VII of the Civil Rights Act of 1964, as amended.

22. The E.E.O.C. issued Notice of Right to Sue Letters to each plaintiff on or about February 14, 2005 (see attached Exhibit A).

23. As a result of the full-time imposition of defendant's English Language Requirement, plaintiffs were subjected to harassment and discrimination by defendant's agents and other employees.

### Jurisdiction

24. This court has jurisdiction pursuant to 28 U.S.C. § 1331.

### COUNT I
### JOSE FAMANIA V. WHITNEY PLACE AT NATICK, INC.

**NATIONAL ORIGIN DISCRIMINATION**

25. The Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 24 and hereby incorporate them herein by reference.

26. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. prohibits unlawful discrimination on the basis of national origin.

27. Whitney Place at Natick has an English Language Rule that facially is non-discriminatory.

28. Plaintiffs argue that there is a full-time application of the English Language Rule which is discriminatory.

29. As a result of the full-time application of the English Language Rule, plaintiff, Jose Famania has been harmed.

30. The Equal Employment Opportunity Commission found reasonable cause to believe that violations of Title VII of the Civil Rights Act of 1964, as amended, have occurred at Whitney Place at Natick.

**COUNT II**
**GILBERTO FAMANIA V. WHITNEY PLACE AT NATICK, INC.**
**NATIONAL ORIGIN DISCRIMINATION**

31. The Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 24 and hereby incorporate them herein by reference.

32. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. prohibits unlawful discrimination on the basis of national origin.

33. Whitney Place at Natick has an English Language Rule that facially is non-discriminatory.

34. Plaintiffs argue that there is a full-time application of the English Language Rule which is discriminatory.

35. As a result of the full-time application of the English Language Rule, plaintiff, Gilberto Famania has been harmed.

36. The Equal Employment Opportunity Commission found reasonable cause to believe that violations of Title VII of the Civil Rights Act of 1964, as amended, have occurred at Whitney Place at Natick.

## COUNT III
## MYRNA FAMANIA V. WHITNEY PLACE AT NATICK, INC.
## NATIONAL ORIGIN DISCRIMINATION

37. The Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 22 and hereby incorporate them herein by reference.

38. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. prohibits unlawful discrimination on the basis of national origin.

39. Whitney Place at Natick has an English Language Rule that facially is non-discriminatory.

40. Plaintiffs argue that there is a full-time application of the English Language Rule which is discriminatory.

41. As a result of the full-time application of the English Language Rule, plaintiff, Myrna Famania has been harmed.

42. The Equal Employment Opportunity Commission found reasonable cause to believe that violations of Title VII of the Civil Rights Act of 1964, as amended, have occurred at Whitney Place at Natick.

## COUNT IV
## IDALIA ALERS V. WHITNEY PLACE AT NATICK, INC.
## NATIONAL ORIGIN DISCRIMINATION

43. The Plaintiffs repeat and re-allege the allegations contained in paragraphs 1 through 22 and hereby incorporate them herein by reference.

44. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. prohibits unlawful discrimination on the basis of national origin.

45. Whitney Place at Natick has an English Language Rule that facially is non-discriminatory.

46. Plaintiffs argue that there is a full-time application of the English Language Rule which is discriminatory.

47. As a result of the full-time application of the English Language Rule, plaintiff, Idalia Alers has been harmed.

48. The Equal Employment Opportunity Commission found reasonable cause to believe that violations of Title VII of the Civil Rights Act of 1964, as amended, have occurred at Whitney Place at Natick.

**WHEREFORE**, Plaintiffs do hereby demand judgment against Defendant, Whitney Place at Natick, Inc. as follows:

(1) for compensatory damages for injuries as described above as provided by statute;

(2) for an injunction prohibiting defendant from imposing on a full-time basis its English Language Requirement on plaintiffs and those others similarly situated;

(3) for attorney's fees, interest and costs.

(4) and any other relief this court deems necessary to protect plaintiff or those similarly situated from discrimination by defendant.

Respectfully submitted,

*[signature]*

~~Jose R. Altamore, Esquire~~ Jose Farmania
~~Jeane M. Altamore, Esquire~~ c/o Joan Altamore
39 Glendower Road
Roslindale, Massachusetts 02131
(617) 686-1719
~~EEOC #16620468~~
~~Federal Court No. Pending~~

Date: 5/13/05

EEOC Form 161-A (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
(CONCILIATION FAILURE)

To: **Myrna Famania**  
32 Pine Street  
Framingham, MA 01702

From: **Boston Area Office**  
John F. Kennedy Fed Bldg  
Government Ctr, Room 475  
Boston, MA 02203

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 161-2003-00032 | Robert L. Sanders, Area Office Director | (617) 565-3200 |

**TO THE PERSON AGGRIEVED:**

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that is will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### – NOTICE OF SUIT RIGHTS –
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before **you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Robert L. Sanders,  
Area Office Director

FEB 14 2005  
(Date Mailed)

Enclosure(s)

cc: **WHITNEY PLACE**  
c/o Richard D. Wayne, Esq.  
Hinckley, Allen, Snyder, L.L.P.  
28 State Street  
Boston, MA 02109

EEOC Form 161-A (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| | |
|---|---|
| To: Jose Famania<br>72 B Second Street, Apt. 72<br>Framingham, MA 01702 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 161-2003-00033 | Robert L. Sanders,<br>Area Office Director | (617) 565-3200 |

**TO THE PERSON AGGRIEVED:**

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that is will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### – NOTICE OF SUIT RIGHTS –
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*
Robert L. Sanders,
Area Office Director

FEB 14 2005
*(Date Mailed)*

Enclosure(s)

cc: **WHITNEY PLACE**
c/o Richard D. Wayne, Esq.
Hinckley, Allen, Snyder, L.L.P.
28 State Street
Boston, MA 02109

EEOC Form 161-A (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| | |
|---|---|
| **To:** Gilberto Famania<br>72 B Second Street, Apt. 72<br>Framingham, MA 01702 | **From:** Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 161-2003-00031 | Robert L. Sanders,<br>Area Office Director | (617) 565-3200 |

**TO THE PERSON AGGRIEVED:**

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that is will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### – NOTICE OF SUIT RIGHTS –
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Robert L. Sanders,
Area Office Director

FEB 14 2005
*(Date Mailed)*

Enclosure(s)

cc: **WHITNEY PLACE**
c/o Richard D. Wayne, Esq.
Hinckley, Allen, Snyder, L.L.P.
28 State Street
Boston, MA 02109

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers

**(b)** County of Residence of First Listed Plaintiff: **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joan M. Altamore, Esquire
39 Glendower Road, Roslindale, Massachusetts 02131 (617) 686-1719

## DEFENDANTS
Whitney Place at Natick, Inc.

County of Residence of First Listed Defendant: **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**05 10996 WGY**

Attorneys (If Known)
Richard D. Wayne @ Hinckley Allen Snyder, LLP
28 State Street, Boston, Massachusetts 02109-1775

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the 1964 Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq.

Brief description of cause:
Discrimination on the Basis of National Origin

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50,000.00 per plaintiff
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/13/2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Jose Famania et al v. Whitney Place at Natick, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
   740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases

   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
   315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
   380, 385, 450, 891.

   IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
   690, 810, 861-865, 870, 871, 875, 900.

   V. 150, 152, 153.

   **05 10996 WGY**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   not applicable

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ✓
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ✓   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division ✓   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Joan M. Altamore, Esq.__
ADDRESS __39 Glendower Road, Roslindale, Massachusetts 02131__
TELEPHONE NO. __(617) 686-1719__

(CategoryForm.wpd - 5/2/05)