UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS<br><br>    Plaintiffs<br><br>v.<br><br>WHITNEY PLACE AT NATICK, INC.<br>    Defendant | CIVIL ACTION No. 05-10996-WGY |

## DEFENDANT'S MOTION TO DISMISS

Defendant Whitney Place at Natick, Inc. ("Defendant" or "Whitney Place") moves to dismiss the Complaint, allegedly filed on a *pro se* basis by Jose Famania. The Complaint, filed in this Court on May 13, 2005, does not conform with the requirements of Rule 11 of Federal Rules of Civil Procedure, as well as the Local Rules of Procedure 83.5.2(b) and 83.5.3(c) for the District Court of Massachusetts. None of the Plaintiffs signed the Complaint. Jose Famania purports to enter an appearance *pro se*, but he did not sign the Complaint on his own behalf, as required under the Federal Rules of Civil Procedure and Local Rules. Furthermore, assuming that Jose Famania properly filed the Complaint on his own behalf as a *pro se* plaintiff, he cannot file a complaint on behalf of the other Plaintiffs. As such, the Complaint should be dismissed as to all four purported Plaintiffs.

In support of this Motion, Defendant submits a Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests this Court dismiss the Complaint.

|  |  |
|---|---|
|  | WHITNEY PLACE AT NATICK, INC. |
|  | By its attorneys, |
|  | /s/Brian E. Lewis |
|  | Richard D. Wayne, BBO #518200 |
|  | Brian E. Lewis, BBO #643717 |
|  | HINCKLEY, ALLEN & SNYDER, LLP |
|  | 28 State Street |
| Dated: May 25, 2005 | Boston, MA 02109 |
|  | (617) 345-9000 |

## CERTIFICATE OF SERVICE

    I, Brian E. Lewis, certify that on this 25th day of May 2005, I served a copy of the foregoing *Motion to Dismiss* upon Jose Famania, Gilberto Famania, Myrna Famania, and Idalia Alers, c/o Joan Altamore, 39 Glendowner Road, Roslindale, Massachusetts 02131.

                                                                     /s/ Brian E. Lewis