UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS, <br><br> Plaintiffs, <br><br> v. <br><br> WHITNEY PLACE AT NATICK, INC., <br> Defendant. | CIVIL ACTION No. 05-10996-WGY |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned attorneys Richard D. Wayne and Brian E. Lewis, on behalf of the Defendant, Whitney Place at Natick, Inc., in the above-captioned matter.

                Respectively submitted,

                WHITNEY PLACE AT NATICK, INC.

                By its Attorney,


                /s/Brian E. Lewis
                Richard D. Wayne, BBO #518200
                Brian E. Lewis, BBO #643717
                Hinckley Allen Snyder, LLP
                28 State Street
                Boston, MA 02109-1775
Dated: May 25, 2005       617-345-9000

#530827
057080/124076

-2-

## CERTIFICATE OF SERVICE

      I, Brian E. Lewis, attorney for Defendant, hereby certify that I have served a copy of the foregoing *NOTICE OF APPEARANCE* by mailing the same, via first class mail, postage prepaid, this 25th day of May, 2005, to upon Jose Famania, Gilberto Famania, Myrna Famania, and Idalia Alers, c/o Joan Altamore, 39 Glendowner Road, Roslindale, Massachusetts  02131.

      */s/ Brian E. Lewis*
      Brian E. Lewis

527126.v1