UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS, <br><br> Plaintiffs, <br><br> v. <br><br> WHITNEY PLACE AT NATICK, INC., <br>     Defendant. | CIVIL ACTION No. 05-10996-WGY |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned attorneys Richard D. Wayne and Brian E. Lewis, on behalf of the Defendant, Whitney Place at Natick, Inc., in the above-captioned matter.

        Respectively submitted,

        WHITNEY PLACE AT NATICK, INC.

        By its Attorney,

        /s/Richard D. Wayne
        Richard D. Wayne, BBO #518200
        Brian E. Lewis, BBO #643717
        Hinckley Allen Snyder, LLP
        28 State Street
        Boston, MA  02109-1775
Dated:  May 27, 2005        617-345-9000

#530827
057080/124076

-2-

## CERTIFICATE OF SERVICE

       I, Richard D. Wayne, attorney for Defendant, hereby certify that I have served a copy of the foregoing *NOTICE OF APPEARANCE* by mailing the same, via first class mail, postage prepaid, this 27th day of May, 2005, to upon Jose Famania, Gilberto Famania, Myrna Famania, and Idalia Alers, c/o Joan Altamore, 39 Glendowner Road, Roslindale, Massachusetts 02131.

                                       */s/ Brian E. Lewis*
                                       Brian E. Lewis

527126.v1