# UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

---

### PLAINTIFFS' FIRST MOTION TO AMEND COMPLAINT

---

**NOW COMES**, Plaintiffs, Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers who Motion this honorable court to Amend the Complaint. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure a party may amend the party's pleadings once as a matter of course at any time before a responsive pleading is served. As such, Plaintiffs motion this court to allow them to amend the Complaint so as to add the name and signature of each plaintiff to the Complaint.

This amendment is in direct response to Defendant's Motion to Dismiss. Defendant has not yet filed an Answer to the Complaint. As such, this motion should be allowed as a matter of course. Additionally, Plaintiffs have submitted their

Opposition to Defendant's Motion to Dismiss arguing that pursuant to the Federal Rules of Civil Procedure and Local Rules that, if an omission is corrected in timely manner leave shall be freely given when justice so requires. Therefore, failure to grant this motion would subvert justice and unduly prejudice the Plaintiffs.

**WHEREFORE,** Plaintiffs respectfully request that this honorable court grant this motion and permit Plaintiffs to amend the Complaint as a matter of course.

Respectfully submitted,

_____
Jose Famania - Pro Se

_____
Gilberto Famania - Pro Se

_____
Myrna Famania - Pro Se

_____
Idalia Alers - Pro Se

C/O Joan M. Altamore
39 Glendower Road
Roslindale, Massachusetts 02131
(617) 686-1719

Date: 6/1/05

**CERTIFICATE OF SERVICE**

I, Jose Famania, do hereby certify that on this 1st day of June 2005, I served a copy of the foregoing <u>Plaintiff's First Motion to Amend Complaint</u> upon Brian E. Lewis, Esquire, Hinckely Allen Snyder LLP, 28 State Street, Boston, Massachusetts, 02108-1775

_____
Jose Famania