## UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

---

### PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

---

**NOW COMES**, Plaintiffs, Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers who submit their Opposition to Defendant's Motion to Dismiss and move this honorable court to dismiss Defendant's Motion to Dismiss.

Defendant argues that the Complaint is not in conformance with the Federal Rules of Civil Procedure and the Local Rules. Plaintiffs aver that the claimed omission and/or lack of conformity has now been corrected and is before this court for acceptance thereby bringing plaintiffs into compliance with the Federal Rules of Civil Procedure and the Local Rules.  Pursuant to said rules, if the omission is corrected in timely manner leave shall be freely given when justice so requires.  Granting

Defendant's Motion would subvert justice and unduly prejudice the Plaintiffs.

In support of this Motion, Plaintiffs submit a Memorandum of Law, filed contemporaneously herewith.

**WHEREFORE**, Plaintiffs respectfully request that this honorable court dismiss Defendant's Motion to Dismiss and continue to schedule this matter accordingly.

Respectfully submitted,

_____
Jose Famania - Pro Se

_____
Gilberto Famania - Pro Se

_____
Myrna Famania - Pro Se

_____
Idalia Alers - Pro Se

C/O Joan M. Altamore
39 Glendower Road
Roslindale, Massachusetts 02131
(617) 686-1719

Date:

**CERTIFICATE OF SERVICE**

I, Jose Famania, do hereby certify that on this 1st day of June 2005, I served a copy of the foregoing Opposition to Defendant's Motion to Dismiss upon Brian E. Lewis, Esquire, Hinckely Allen Snyder LLP, 28 State Street, Boston, Massachusetts, 02108-1775

_____
Jose Famania