June 27, 2005


Civil Filing Clerk
United States District Court
 for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    **Re:  Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers**
          **v.**
          **Whitney Place at Natick, Inc.**
          **Civil Action No. 05-10996-WGY**

_____

Dear Madam or Sir;

In connection with Judge Young's Standing Order regarding Electronic Case Filing, enclosed please find the following courtesy copies of documents that were filed electronically by Plaintiffs Jose Famania et al.

    1.   Notice of Appearance of Attorney Joan M. Altamore; and
    2.   Certificate of Service

If you have any questions, please do not hesitate to contact me.

                              Sincerely,


                              Joan M. Altamore, Esquire
                              39 Glendower Road
                              Roslindale, Massachusetts 02131
                              (617) 686-1719
                              B.B.O. # 640468


JMA
Encls.
Cc:  J. Famania
      G. Famania
      M. Famania
      I. Alers
      B. Lewis/Hinckley Allen Snyder LLP

**UNITED STATES FEDERAL DISTRICT COURT**
EASTERN DISTRICT OF MASSACHUSETTS

                                          CIVIL ACTION
                                          NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    **NOW COMES**, Attorney Joan M. Altamore who submits her appearance on behalf of Plaintiff, Jose Famania, Plaintiff Gilberto Famania, Plaintiff, Myrna Famania and Plaintiff, Idalia Alers in the above-captioned matter.

                                      Respectfully submitted,

                                        /s/ Joan M. Altamore
                                        _____
                                        Joan M. Altamore, Esquire
                                        39 Glendower Road
                                        Roslindale, Massachusetts 02131
                                        (617) 686-1719
                                        B.B.O. # 640468

Date:      27 June 2005

**CERTIFICATE OF SERVICE**

I, Joan M. Altamore, Esquire, do hereby certify that on this 27th day of June 2005, I served a copy of the foregoing Notice of Appearance upon Brian E. Lewis, Esquire, Hinckely Allen Snyder LLP, 28 State Street, Boston, Massachusetts, 02108-1775

/s/
_____
Joan M. Altamore