# UNITED STATES DISTRICT COURT

_____ District of _____

Jose Famania,
Gilberto Famania, Myrna Famania
and Idalia Alers
    V.

**SUMMONS IN A CIVIL CASE**

Whitney Place at Natick, Inc.

CASE NUMBER:

**05 10996 WGY**

TO: (Name and address of Defendant)

Whitney Place at Natick, Inc.
c/o Daniel J. Salmon, Jr. - Registered Agent for Service
One Lyman Street,
Westborough, MA 01581

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Jose Famania
c/o Joan M. Altamore, Esquire
    39 Glendower Road
    Roslindale, MA 02131
    (617) 686-1719

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          MAY 13 2005

CLERK          DATE



(By) DEPUTY CLERK

◈AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date               Signature of Server

_____
Address of Server

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
*Worcester, ss*

                                                          06/01/2005

I hereby certify and return that on 05/31/2005 at 03:39pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Attachments in this action in the following manner: To wit, by delivering in hand to BEN COLONERO, agent, person in charge at the time of service for WHITNEY PLACE AT NATICK, INC. at 1 LYMAN ST, WESTBOROUGH, MA. Fees: Service 30.00, Travel 16.32, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $56.82

Deputy Sheriff Lynn A Trudel                    */s/ Lynn A Trudel*

                                                            **Deputy Sheriff**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.