UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS,<br><br>    Plaintiffs,<br><br>v.<br><br>WHITNEY PLACE AT NATICK, INC.,<br>    Defendant. | CIVIL ACTION No. 05-10996-WGY |

## DEFENDANT'S MOTION TO DISMISS

Defendant Whitney Place at Natick, Inc. ("Whitney Place") moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiffs Jose Famania, Gilberto Famania, Myrna Famania, and Idalia Alers' Amended Complaint for failure to state a claim upon which relief can be granted.

In their Amended Complaint, Plaintiffs admit that Whitney Place's English Language Rule is lawful, but allege that the "full-time application" of Whitney Place's English Language Rule is unlawful under Title VII of the Civil Rights Act of 1964. (Amended Complaint, ¶¶ 27, 28, 29, 33, 34, 35, 39, 40, 41, 45, 46, 47)  The "full time application" of a lawful rule cannot be considered unlawful.  Plaintiffs' Amended Complaint, therefore, must be dismissed.

The Amended Complaint reads, at relevant part, as follows:

17.     Whitney Place's . . . English Language Rule states as follows.

> An essential function of this job of all employees working in areas accessible to residents and families is that they must speak English as a courtesy to our residents.  The Company considers this rule a necessary service of our business.  Employees working with residents or residents guests who speak a language other than English may, with the resident's and/or guest's permission communicate with them in a language other

#537756
058070/124076

than English.  Violations of this rule may lead to disciplinary action, up to and including termination.

Each Plaintiff then alleged the following.

27. Whitney Place at Natick has an English Language Rule that facially is non-discriminatory.

28. Plaintiffs argue that there is a full time application of the English Language Rule which is discriminatory.

29. As a result of the full-time application of the English Language Rule, Jose Famania has been harmed. (Amended Complaint, ¶¶ 27-29)

Taking the allegations in the Amended Complaint as true, Plaintiffs have failed to allege that Whitney Place's English Language Rule violates Title VII of the Civil Rights Act of 1964.

Plaintiffs admit that Whitney Place's English Language Rule is lawful.  The only allegation in the Amended Complaint is that the "full time application" of the lawful rule is discriminatory.  The "full-time application" of a lawful rule, however, cannot be the basis of a violation of Title VII.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted.  A Memorandum of Law in support of this Motion has been filed contemporaneously.

        Respectively submitted,

        WHITNEY PLACE AT NATICK, INC.

        By its attorneys,

        /s/ Richard D. Wayne_____
        Richard D. Wayne, BBO #518200
        Brian E. Lewis, BBO #643717
        Hinckley Allen Snyder, LLP
        28 State Street
        Boston, MA  02109-1775

Dated:  July 20, 2005        617-345-9000

537756v1