# UNITED STATES FEDERAL DISTRICT COURT
### EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

_____

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
_____

**NOW COMES**, Plaintiffs, Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers who present their opposition to Defendant's Motion to Dismiss.

Defendant's have motioned this court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' Amended Complaint alleging a failure to state a claim upon which relief can be granted. Plaintiffs' oppose this motion and argue that their Amended Complaint clearly and concisely states a claim upon which relief can be granted. In addition, Plaintiffs argue that the "full-time application" of Whitney's English Language Rule has been specifically held as unlawful under Title VII of the Civil

Rights Act of 1964.  As such, there is no basis to dismiss Plaintiffs Amended Complaint.

**WHEREFORE**, Plaintiffs respectfully request that this honorable court deny Defendant's motion.  A Memorandum of Law in support of this Opposition has been filed contemporaneously.

Respectfully submitted,

/s/ Joan M. Altamore
_____
Joan M. Altamore, Esquire
39 Glendower Road
Roslindale, Massachusetts 02131
(617) 686-1719
B.B.O. # 640468

Date:    August 2, 2005

**CERTIFICATE OF SERVICE**

I, Joan M. Altamore do hereby certify that on this 2nd day of August 2005, I served a copy of the foregoing Plaintiff's Opposition to Defendant's Motion to Dismiss upon Brian E. Lewis, Esquire, Hinckely Allen Snyder LLP, 28 State Street, Boston, Massachusetts, 02108-1775.

/s/ Joan M. Altamore
_____
Joan M. Altamore