# UNITED STATES FEDERAL DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

Whitney Place at Natick, Inc.
Defendant

_____

### CERTIFICATION

_____

Plaintiffs, Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers and their counsel hereby certify that they have attempted to confer with Defendant Counsel

(a)   with a view toward establishing a budget for the coss of conducting this litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as is outlined in Local Rule 16.4.

On October 13, 2005, Plaintiffs' counsel telephoned Defendant's counsel and left a message requesting he return the call to discuss submission of the Joint Discovery Plan.  On October 14, 2005 Plaintiff's counsel telephoned Defendant's associate counsel and left a message requesting he contact her regarding

preparation and submission of the Joint Discovery Plan. Plaintiffs' counsel received a message from Defendant's associate counsel informing her that all contact was to be made through Attorney Wayne.  On October 16, 2005 Plaintiffs' counsel telephoned and left a message with Defendant's counsel again requesting cooperation in the preparation of the Joint Discovery Plan.  On October 19, 2005, Plaintiffs' counsel faxed a copy of a proposed discovery plan to Defendant's counsel in an attempt to submit a Joint Discovery Plan.  Plaintiffs' counsel has not received a response and therefore submit Plaintiffs' Discovery Plan.

Respectfully submitted,

_/s/Joan M. Altamore
Joan M. Altamore, Esquire
39 Glendower Road
Roslindale, Massachusetts 02131
(617) 686-1719
B.B.O.# 640468

## CERTIFICATE OF SERVICE

I, Joan M. Altamore do hereby certify that on this 20th day of Octber  2005, I served a copy of the foregoing **PLAINTIFF'S CERTIFICATION** upon Richard Wayne, Esquire, Hinckely Allen Snyder LLP, 28 State Street, Boston, Massachusetts, 02108-1775.

/s/ Joan M. Altamore
_____
Joan M. Altamore