UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS,<br><br>    Plaintiffs,<br><br>v.<br><br>WHITNEY PLACE AT NATICK, INC.,<br>    Defendant. | CIVIL ACTION No. 05-10996-WGY |

**DEFENDANT'S PROPOSED STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Defendant submits its Proposed Discovery Plan pursuant to Local Rule 16.1 D and Fed. R. Civ. P. 26(f).

**CASE STATUS**

On October 5, 2005, this Court dismissed Plaintiffs' claim the employer's English Language Rule violates Title VII of the 1964 Civil Rights Act as amended. The Court found Plaintiffs had stated facts sufficient to state a disparate impact claim. That is the sole issue remaining before the Court.

**BACKGROUND**

Whitney Place is an assisted living facility and center for persons suffering from Alzheimer's disease. It also contains an on-site child care facility. It is located in Natick, Massachusetts.

Plaintiffs filed their complaint on May 13, 2005. Plaintiffs are either current or former employees of Whitney Place (Amended Complaint at Paragraphs 10-13). Plaintiffs filed a

-2-

complaint with the Equal Employment Opportunity Commission ("E.E.O.C.") alleging disparate treatment. After investigation, the E.E.O.C. determined that no disparate treatment existed. The E.E.O.C. issued Notice of Right to Sue Letters to each Plaintiff on or about February 14, 2005.

## CONSENT TO TRIAL BY MAGISTRATE

On October 5, 2005, Defendant's counsel informed the Court it would not consent to trial by magistrate.

## DISCOVERY

The parties will complete Automatic Disclosures by December 1, 2005.

The parties may serve document requests, as needed, through January 15, 2006.

Interrogatories may be served at any time prior to January 15, 2006.

Requests for admissions will be served no later than February 21, 2006.

Motions to compel the above must be filed no later than February 1, 2006.

## DEPOSITIONS

The parties will complete depositions by February 15, 2006. Plaintiffs and Defendant may each notice up to a total of 10 depositions without obtaining leave of the Court.

Expert witnesses will not be deposed until the depositions of fact witnesses have been completed.

The parties will each disclose the names of their experts by January 2, 2006. Expert witness reports will be exchanged by the parties on or before January 18, 2006. Expert depositions will be completed by February 28, 2006.

## EXCHANGE OF WITNESS LISTS

The parties will exchange lists of witnesses who may be called at trial by March 1, 2006. Either party may make additions thereafter upon showing of good cause.

546583

## MOTION SCHEDULE

The parties may file dispositive motions at any time, but in no event after February 28, 2006.

## PRE-TRIAL CONFERENCE

The parties anticipate that a final pre-trial conference would be scheduled by the Court for a date in February 2006.

## CERTIFICATION

Defendant's certification required by Local Rule 18.1 (D) (3) within seven days of receipt of the signed Certification by Defendant. Because the Plaintiffs have not asserted a single fact in support of their allegations, Defendant's counsel is having difficulty advising its client of a litigation budget.

Respectively submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys,

/s/ Richard D. Wayne_____
Richard D. Wayne, BBO #518200
Brian E. Lewis, BBO #643717
Hinckley Allen Snyder, LLP
28 State Street
Boston, MA 02109-1775
Dated: October 20, 2005       617-345-9000

-3-

546583