UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE FAMANIA, GILBERTO FAMANIA,
MYRNA FAMANIA, and IDALIA ALERS,

    Plaintiffs,

v.

WHITNEY PLACE AT NATICK, INC.,
    Defendant.

CIVIL ACTION No. 05-10996-WGY

## ANSWER AND AFFIRMATIVE DEFENSES

1.    Whitney Place at Natick, Inc. ("Whitney Place") admits that Jose Famania is an adult male individual. Whitney Place denies the remainder of the allegations as it has no personal knowledge of the same.

2.    Whitney Place admits that Gilberto Famania is an adult male individual. Whitney Place denies the remainder of the allegations as it has no personal knowledge of the same.

3.    Whitney Place admits that Myrna Famania is an adult female individual. Whitney Place denies the remainder of the allegations as it has no personal knowledge of the same.

4.    Whitney Place admits that Idalia Alers is an adult female individual. Whitney Place denies the remainder of the allegations as it has no personal knowledge of the same.

5.    Whitney Place at Natick, Inc. admits that it is an assisted living campus, an Alzheimer's center, and child care facility located at 3Vision Drive, Natick, Massachusetts, 01760-2059. Whitney Place employs over one hundred persons. Whitney Place denies that its principle place of business is located at 1 Lyman Street, Westborough, Massachusetts, 01581. Whitney Place admits that it is incorporated in Commonwealth of Massachusetts. Whitney Place

-2-

admits that its registered agent for service of processes is Daniel J. Samon, Jr., who may be served at 1 Lyman Street, Westborough, Massachusetts, 01581.

6. Whitney Place admits that Jose Famania is a national of Puerto Rico and is fluent in Spanish. Whitney Place denies the remainder of the allegation.

7. Whitney Place admits that Gilberto Famania is a national of Puerto Rico and is fluent in Spanish and English. Whitney Place denies the remainder of the allegation.

8. Whitney Place admits that Myrna Famania is a national of Puerto Rico and is fluent in Spanish. Whitney Place denies the remainder of the allegation.

9. Whitney Place admits that Idalia Alers is a national of Puerto Rico. Whitney Place denies the remainder of the allegation.

10. Whitney Place admits the allegation.

11. Whitney Place admits the allegation.

12. Whitney Place admits the allegation.

13. Whitney Place denies the allegation.

14. Whitney Place neither admits nor denies the allegation as it has no personal knowledge of the facts alleged.

15. Whitney Place denies the allegation.

16. Whitney Place admits that the Equal Employment Opportunity Commission conducted an investigation of its workplace related to complaints filed by Jose Famania, Gilberto Famania, Myrna Famania and Idalia Alers. Whitney Place alleges that Equal Employment Opportunity Commission requested certain documentation from Whitney Place during the course of its investigation, and interviewed several of its staff members. Whitney Place denies the remainder of the allegation.

17. Whitney Place admits that the Equal Employment Opportunity Commission was in possession of its English language rule and that the rule is as stated in Paragraph 17. The rule as found in its handbook is as states in allegation 17 of the Complaint.

18. Whitney Place admits the allegation.

19. Whitney Place admits the allegation.

20. Whitney Place admits the Equal Employment Opportunity Commission investigation found there was no disparate treatment by Whitney Place of Jose Famania, Gilberto Famania, Myrna Famania or Idalia Alers or any other employee of Whitney Place.

21. Whitney Place denies the allegation.

22. Whitney Place neither admits nor denies the allegation as it has no personal knowledge of the same.

23. Whitney Place denies the allegation.

24. Whitney Place denies the allegation. It states conclusions of law.

25. Whitney Place repeats and incorporates its answer to the allegations contained in Paragraphs 1 through 24 of the Complaint.

26. Whitney Place denies the allegation. It states conclusions of law.

27. Whitney Place admits the allegation.

28. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusion as set forth in Paragraph 28 of Complaint.

29. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusion as set forth in Paragraph 29 of Complaint.

30. Whitney Place denies the allegation and further states that it is a conclusion of law.

31. Whitney Place repeats and incorporates its answer to the allegations contained in Paragraphs 1 through 31 of the Complaint.

32. Whitney Place denies the allegation. It states conclusions of law.

33. Whitney Place admits the allegation.

34. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 34 of Complaint.

35. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 35 of Complaint.

36. Whitney Place denies the allegation and further states that it is a conclusion of law.

37. Whitney Place repeats and incorporates its answer to the allegations contained in Paragraphs 1 through 36 of the Complaint.

38. Whitney Place denies the allegation. It states a conclusion of law.

39. Whitney Place admits the allegation.

40. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 40 of Complaint.

41. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 41 of Complaint.

42. Whitney Place denies the allegation and further states that it is a conclusion of law.

43. Whitney Place repeats and incorporates its answer to the allegations contained in Paragraphs 1 through 42 of the Complaint.

44. Whitney Place denies the allegation. It states a conclusion of law.

-5-

45. Whitney Place admits the allegation.

46. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 46 of Complaint.

47. Whitney Place denies the allegation and further states that the Plaintiffs have stated no facts in support of their conclusions set forth in Paragraph 47 of the Complaint.

48. Whitney Place denies the allegation and further states that it is a conclusion of law.

### FIRST AFFIRMATIVE DEFENSE

Jose Famania failed to file his charge of discrimination with the Equal Employment Opportunity Commission in a timely manner.

### SECOND AFFIRMATIVE DEFENSE

Gilberto Famania failed to file his charge of discrimination with the Equal Employment Opportunity Commission in a timely manner.

### THIRD AFFIRMATIVE DEFENSE

Myrna Famania failed to file her charge of discrimination with the Equal Employment Opportunity Commission in a timely manner.

### FOURTH AFFIRMATIVE DEFENSE

Idalia Alers failed to file her charge of discrimination with the Equal Employment Opportunity Commission in a timely manner.

### FIFTH AFFIRMATIVE DEFENSE

Jose Famania failed to file his Complaint in the United States District Court in a timely manner.

### SIXTH AFFIRMATIVE DEFENSE

Gilberto Famania failed to file his Complaint in the United States District Court in a timely manner.

### SEVENTH AFFIRMATIVE DEFENSE

Myrna Famania failed to file her Complaint in the United States District Court in a timely manner.

### EIGHTH AFFIRMATIVE DEFENSE

Idalia Alers failed to file his Complaint in the United States District Court in a timely manner.

### NINTH AFFIRMATIVE DEFENSE

Jose Famania failed to state a claim upon which a relief can be granted.

### TENTH AFFIRMATIVE DEFENSE

Gilberto Famania failed to state a claim upon which a relief can be granted.

### ELEVENTH AFFIRMATIVE DEFENSE

Myrna Famania failed to state a claim upon which a relief can be granted.

### TWELVETH AFFIRMATIVE DEFENSE

Idalia Alers failed to state a claim upon which a relief can be granted.

### THITEENTH AFFIRMATIVE DEFENSE

A complaint of national origin discrimination can not be stated alleging the Plaintiffs are nationals of Puerto Rico. Puerto Rico for the purposes of the Title VII of 1964 Civil Rights Act, as amended, is a "state" of the United States.

### FOURTEENTH AFFIRMATIVE DEFENSE

Jose Famania failed to file his complaint in the United States District Court in a proper manner and it should be dismissed with prejudice.

### FIFTEENTH AFFIRMATIVE DEFENSE

Gilberto Famania failed to file his complaint in the United States District Court in a proper manner and it should be dismissed with prejudice.

### SIXTEENTH AFFIRMATIVE DEFENSE

Myrna Famania failed to file her complaint in the United States District Court in a proper manner and it should be dismissed with prejudice.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Idalia Alers failed to file her complaint in the United States District Court in a proper manner and it should be dismissed with prejudice.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Jose Famania's Complaint is barred by the doctrine of laches.

### NINETEENTH AFFIRMATIVE DEFENSE

Gilberto Famania's Complaint is barred by the doctrine of laches.

### TWENTIETH AFFIRMATIVE DEFENSES

Myrna Famania's Complaint is barred by the doctrine of laches.

### TWENTY FIRST AFFIRMATIVE DEFENSE

Idalia Alers' Complaint is barred by the doctrine of laches.

### TWENTY SECOND AFFIRMATIVE DEFENSE

Jose Famania's Complaint is barred by the doctrine of waiver.

### TWENTY THIRD AFFIRMATIVE DEFENSE

Gilberto Famania's Complaint is barred by the doctrine of waiver

### TWENTY FOURTH AFFIRMATIVE DEFENSES

Myrna Famania's Complaint is barred by the doctrine of waiver.

548496v1

-8-

### TWENTY FIFTH AFFIRMATIVE DEFENSE

Idalia Alers' Complaint is barred by the doctrine of waiver.

### JURY DEMAND

Defendant demands a trial by jury on all issues that are so triable.

Respectively submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys,

/s/ Brian E. Lewis
Richard D. Wayne, BBO #518200
Brian E. Lewis, BBO #643717
Hinckley Allen Snyder, LLP
28 State Street
Boston, MA  02109-1775
617-345-9000

Dated:  October 24, 2005