UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE FAMANIA, GILBERTO FAMANIA,
MYRNA FAMANIA, and IDALIA ALERS,

    Plaintiffs,

v.

WHITNEY PLACE AT NATICK, INC.,
Defendant.

CIVIL ACTION No. 05-10996-WGY

**DEFENDANT'S LOCAL RULE 16.4 CERTIFICATION**

Defendant Whitney Place at Natick, Inc. and counsel hereby certify that they have conferred

    (a)    with a view toward establishing a budget for the cost of conducting this litigation;

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as is outlined in Local Rule 16.4.

_____
For Whitney Place at Natick, Inc.

Date: 11/3/05

#549719

Respectfully submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys

*/s/ Richard D. Wayne*

Richard D. Wayne, Esq., BBO #518200
Brian E. Lewis, Esq., BBO #643717
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

Date: November 9, 2005

#549719