UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS,<br><br>    Plaintiffs,<br><br>v.<br><br>WHITNEY PLACE AT NATICK, INC.,<br>    Defendant. | CIVIL ACTION No. 05-10996-WGY |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Whitney Place at Natick, Inc. ("Defendant") moves this Court for an order of summary judgment against Plaintiffs Jose Famania, Gilberto Famania, Myrna Famania and Idelia Alers ("Plaintiffs") on their claims of national origin discrimination against Defendant on the grounds that Plaintiff's Complaint and Plaintiffs' discovery show that there are no genuine issues of material fact regarding Plaintiffs' Complaint and Defendant, therefore, is entitled to judgment on all counts as a matter of law.

A Memorandum of Law in Support of this Motion is filed contemporaneously herewith.

Respectively submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys,

/s/ Richard D. Wayne
Richard D. Wayne, BBO #518200
Brian E. Lewis, BBO #643717
Hinckley Allen Snyder, LLP

#569202

-2-

|  |  |
|---|---|
| Dated: January 31, 2006 | 28 State Street<br>Boston, MA  02109-1775<br>(617) 345-9000 |

## CERTIFICATE OF SERVICE

    I, Richard D. Wayne, certify that the foregoing *DEFENDANT'S MOTION FOR SUMMARY JUDGMENT* will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered on February 1, 2006.

                                          /s/ Richard D. Wayne_____

#569202
057080/124076