UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10996 WGY

JOSE FAMANIA,
GILBERTO FAMANIA,
MYRNA FAMANIA AND IDALIA ALERS

    Plaintiffs

v.

WHITNEY PLACE AT NATICK, INC.
Defendant

_____

**PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**
_____

    Plaintiffs, Jose Famania, Gilberto Famania, Myrna Famania, and Idalia Alers (hereinafter "Plaintiffs") move this Court to deny the Motion for Summary Judgment filed by Defendant, Whitney Place at Natick (hereinafter "Defendant" or "Whitney Place"). Plaintiffs state that their Complaint and Discovery show that there are genuine issues of material fact and, therefore, Defendants are not entitled to judgment on all counts as a matter of law.

    A Memorandum of Law in Support of this Opposition is filed contemporaneously herewith.

                                                          Respectively submitted,
                                                          Plaintiffs JOSE FAMANIA
                                                          GILBERTO FAMANIA,
                                                          MYRNA FAMANIA,
                                                          IDALIA ALERS
                                                          By their attorney

/s/ Joan M. Altamore,

_____
Joan M. Altamore, Esquire
BBO# 640468
39 Glendower Road
Roslindale, Massachusetts  02131
(617) 686-1719

Date:

**CERTIFICATE OF SERVICE**

I, Joan M. Altamore, certify that the above **PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered on February 14, 2006.

/s/    Joan M. Altamore
_____