```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
                                  )
JOSE FAMANIA, GILBERTO FAMANIA,   )
MYRNA FAMANIA, and IDALIA ALERS,  )
                                  )
                                  )
          Plaintiffs,             )
                                  )
          v.                      )   CIVIL ACTION
                                  )   NO. 05-10996-WGY
WHITNEY PLACE AT NATICK, INC.,    )
                                  )
                                  )
          Defendants.             )
                                  )
```

## ORDER

YOUNG, D.J.                                        February 24, 2006

    Both parties, having failed to comply with Local Rule 56.1, are instructed to correct their statements of material facts.

    The defendant shall provide a page reference to affidavits, depositions and other documentation in the record for each material fact indicated in its statement.

    The plaintiffs shall provide a page reference to affidavits, depositions and other documentation in the record for each material fact indicated in their statement.

    Further, the plaintiffs shall indicate, by reference to the numbered fact on the defendant's statement, whether they dispute defendant's proposed facts.

Both parties shall submit their corrected statements, without any alteration beyond those directed by this order, by 5:00 p.m. on Monday, February 27, 2006.

SO ORDERED.

/s/ William G. Young

WILLIAM G. YOUNG
DISTRICT JUDGE