```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10996-WGY

 4


 5   * * * * * * * * * * * * * * * **
                                     *
 6   JOSE FAMANIA, GILBERTO FAMANIA, *
     MYRNA FAMANIA, and IDALIA ALERS, *
 7                                    *
              Plaintiffs,             *
 8                                    *
     v.                               *   MOTION HEARING
 9                                    *
     WHITNEY PLACE AT NATICK, INC.,   *
10                                    *
                                      *
11           Defendant.               *
     * * * * * * * * * * * * * * * **
12

13
              BEFORE:  The Honorable William G. Young,
14                           District Judge

15

16
     APPEARANCES:
17

18         JOAN M. ALTAMORE, ESQ., 39 Glendowner Road,
     Roslindale, Massachusetts 02131, on behalf of the
19   Plaintiffs

20
           HINCKLEY ALLEN SNYDER, LLP (By Richard D.
21   Wayne, Esq.), 28 State Street, Boston,
     Massachusetts 02109-1775, on behalf of the
22   Defendant

23

24                                Suffolk University Law School
                                  Boston, Massachusetts
25
                                  October 5, 2005
```