# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS, <br><br> Plaintiffs, <br><br> v. <br><br> WHITNEY PLACE AT NATICK, INC., <br> Defendant. | CIVIL ACTION No. 05-10996-WGY |

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLAINTIFFS' DAMAGES

Defendant Whitney Place at Natick, Inc. ("Whitney Place") moves *in limine*, for an order precluding Plaintiffs Jose Famania, Gilberto Famania, Myrna Famania and Idelia Alers ("Plaintiffs") from introducing testimony regarding any alleged damages they allegedly suffered as a result of Whitney Place's overbroad application of its English Language Rule. Plaintiffs' damages in this matter are limited by statute.

Plaintiffs allege that the overbroad application of Whitney Place's English Language Rule amounts to national origin discrimination and is a violation of Title VII of the Civil Rights Act of 1964. This Court already has found Whitney Place's English Language Rule lawful. (See transcripts for hearings on October 5, 2005 and March 2, 2006). Plaintiffs expressly abandoned any claims that they suffered any "disparate treatment" as a result of the application of the English Language Rule.[1] Plaintiffs abandoned their "disparate treatment" claims because there is no evidence that Whitney Place treated persons of other nationalities more favorably than the

---

[1] Most recently at the March 2, 2006 summary judgment hearing.

-2-

Plaintiffs (who are Puerto Ricans). Further, there is <u>no</u> claim of "hostile work environment;" that claim was also expressly abandoned at the March 2, 2006 hearing on Summary Judgment.

Plaintiffs' damages for a violation of Title VII of the Civil Rights Act, therefore, are expressly limited by 42 U.S.C. §1981a(a)(1) and 42 U.S.C. §2000e-5(g)(2).

WHEREFORE, Whitney Place respectfully requests that this Court issue an order precluding Plaintiffs from introducing the testimony of any alleged damages not allowed by Title VII.

Respectively submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys,

/s/ Brian E. Lewis_____
Richard D. Wayne, BBO #518200
Brian E. Lewis, BBO #643717
Hinckley Allen Snyder, LLP
28 State Street
Boston, MA  02109-1775

Dated:  April 11, 2006          (617) 345-9000

**CERTIFICATE OF SERVICE**

I, Brian E. Lewis, certify that the foregoing *DEFENDANT'S MOTION IN LIMINE PRECLUDING TESTIMONY OF DAMAGES* will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered on April 11, 2006.

/s/ Brian E. Lewis_____

#577485