UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE FAMANIA, GILBERTO FAMANIA, MYRNA FAMANIA, and IDALIA ALERS,<br><br>    Plaintiffs,<br><br>v.<br><br>WHITNEY PLACE AT NATICK, INC.,<br>    Defendant. | CIVIL ACTION No. 05-10996-WGY |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties hereby stipulate to the dismissal, with prejudice, without costs, and without attorneys' fees, with all appeal rights waived, of the above-captioned action.

Respectively submitted,

WHITNEY PLACE AT NATICK, INC.

By its attorneys,

/s/ Richard D. Wayne
Richard D. Wayne, BBO #518200
Brian E. Lewis, BBO #643717
Hinckley Allen Snyder, LLP
28 State Street
Boston, MA 02109-1775
Dated: April 19, 2006        (617) 345-9000

Respectively submitted,

JOSE FAMANIA et al.

By their attorneys,

-2-

/s/ Joan M. Altamore<br>
Joan M. Altamore, Esq. BBO #640468<br>
39 Glendower Road<br>
Roslindale, MA  02131

Date:  April 19, 2006

## CERTIFICATE OF SERVICE

    I, Brian E. Lewis, certify that the foregoing *STIPULATION OF DISMISSAL* will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered on April 19, 2006.

/s/ Brian E. Lewis

#578362